UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| KEVIN BOWMAN, | ) | CASE NO. EDCV 10-146 AGR |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration, | ) | |
| Defendant. | ) | |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the judgment be entered for the defendant, the Commissioner of Social Security Administration.

DATED: August 2, 2011

_____
ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE